BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Division 7
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4830
  Facsimile: (415) 744-0134
  E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JASMINE OURIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>   Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:25-cv-00310-JFW-KS<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

[~~PROPOSED~~] JUDGMENT                                                     Case No. 2:25-cv-00310-JFW-KS

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: June 18, 2025

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE